

**CT Corporation**
**Service of Process Notification**
08/31/2022
CT Log Number 542227155

## Service of Process Transmittal Summary

**TO:**        Serviceof Process
              CVS HEALTH COMPANIES
              1 CVS DR MAIL CODE 1160
              WOONSOCKET, RI 02895-6146

**RE:**        **Process Served in Florida**

**FOR:**       Holiday CVS, L.L.C.  (Domestic State: FL)

COMPOSITE EXHIBIT 1

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MARTHA FLURIACHI // To: Holiday CVS, L.L.C. |
| **CASE #:** | 2022014950CA01 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Plantation, FL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/31/2022 at 12:08 |
| **JURISDICTION SERVED:** | Florida |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/31/2022, Expected Purge Date: 09/05/2022 |
| | Image SOP |
| | Email Notification, Serviceof Process  service_of_process@cvs.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 1200 South Pine Island Road |
| | Plantation, FL 33324 |
| | 800-448-5350 |
| | MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                    Wed, Aug 31, 2022
**Server Name:**                             Kimberly Urtnowski

| Entity Served | HOLIDAY CVS, L.L.C. |
|---|---|
| Case Number | 2022-014950-CA-01 |
| Jurisdiction | FL |

| Inserts | | |
|---|---|---|
| | | |



Filing # 155310201 E-Filed 08/15/2022 12:05:00 PM

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | CIVIL ACTION SUMMONS | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **(b) Form for Personal Service on a Natural Person** | 2022-014950-CA-01 |

| PLAINTIFF(S)<br><br>MARTHA FLURIACHI | VS. DEFENDANT(S)<br><br>HOLIDAY CVS, LLC, a Florida Limited<br>Liability Company, | CLOCK IN |
|---|---|---|

**THE STATE OF FLORIDA:** TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s):<br>Registered Agent for HOLIDAY CVS, LLC, a Flc | Address:<br>C T CORPORATION SYSTEM 1200 SOUTH PINE ISLAND ROAD PLANTA |
|---|---|

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

### DADE COUNTY COURT LOCATIONS

| ☒ Dade County Courthouse (05)<br>Room 133<br>73 West Flagler Street<br>Miami, Florida 33130 | ☐ Joseph Caleb Center (20)<br>Room 103<br>5400 NW 22 Avenue<br>Miami, Florida 33142 | ☐ North Dade Justice Center (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, Florida 33160 | SERVICE<br>8·31·22 C 11:15 Am |
|---|---|---|---|
| ☐ Miami Beach District Court (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, Florida 33139 | ☐ Coral Gables District Court (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, Florida 33134 | ☐ South Dade Justice Center (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, Florida 33189 | |
| ☐ Hialeah District (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, Florida 33010 | | | |

| Plaintiff/Plaintiff Attorney<br>Ricardo M. Corona<br>Florida Bar No. 107684 | Address:<br>6700 SW 38th Street, Miami, FL 33155 | |
|---|---|---|
| **HARVEY RUVIN<br>CLERK OF COURTS** | **217043**<br>BY: _____<br>DEPUTY CLERK | DATE ON:<br>8/25/2022 |

### AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

CLK/CT. 070 Rev. 11/11

Clerk's web address: www.miami-dadeclerk.com

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.
☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br><br>☐ CIVIL<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO |
|---|---|---|
| DEMANDANTE(S) | VS.   DEMANDADO(S) | HORA |
| A Demandado(s): | Direccion: | |

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestacion a la demanda al Secretario del Juzgado. La ubicacion central de la Oficina del Secretario esta en el edificio de la Corte del Condado de Dade. La direccion de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

#### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE DADE

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

| Demandante o Abogado del Demandante:<br><br>Numero del Colegio de Abogados: | Direccion: |
|---|---|

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificacion y una copia de la demanda en este pleito ai demandado(s)  mencionada arriba.

| HARVEY RUVIN<br>Secretario del Tribunal del<br>Condado | POR: _____<br>Como Secretario Adjunto | FECHA |
|---|---|---|

### Ley para Estadounidenses con Incapacidades

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase  en contacto con el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2702, Miami Fl 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Fax (305) 349-7355 por lo menos 7   días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después  de  recibir  esta  notificación  si  el  tiempo  antes  de  la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.
☐ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVISION<br>☐ CIVILE<br>☐ AUTRE | CONVOCARION D' ACTiON CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CAS |
|---|---|---|
| PLAINTE(S) | VS.   CONTRE ACCUSE(S) | HEURE IN |
| A (AUX) ACCUSE(S): | ADRESSE: | |

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**ADRESSES DES TRIBUNAUX EN DADE**

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

| Plainte/Avocat du Plainte<br><br>Numero de bareau de la Floride: | Adresse: |
|---|---|

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| **HARVEY RUVIN**<br>**Greffier de Tribunal** | PAR:_____<br><br>COMME GREFFIER ADJOINT | DATE ON: |
|---|---|---|

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2702, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 au moins 7 jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de 7 jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

☐ NAN TRIBUNAL ONZYÈM AWONDISMAN JIDISYÈ NAN E POU MIAMI-DADE COUNTY, FLORIDA.

☐ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA.

| DIVIZYON<br><br>☐ SIVIL<br>☐ LOT | KONVOKASYON POU KA SIVIL<br>(b) DELIVRE PERSONELMAN BAY YON MOUN | NIMEWO KA |
|---|---|---|
| PLENTIF(S) | VS.  KONT AKIZE(S) | LE |
| AKIZE: | ADRES: | |

Enpotan

Yo entre yon aksyon kont oumenm. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou mete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**ADRES TRIBINAL NAN DADE COUNTY**

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleo Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

| Plainte/Avocat du Plainte<br><br>Numero de barreau de la Floride: | Nimewo manm avoka a.<br>Address: |
|---|---|

ETA FLORIDA: Pou Chak nan eta a yo odone ou pou bay akize a (yo), non l ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.

| **HARVEY RUVIN**<br>**Sekrete Jeneral Tribinal La** | BAY:_____<br>SEKRETE | DATE: |
|---|---|---|

## LWA 1990 POU AMERIKEN KI ENFIM
## ANONS POU AMERIKEN KI ENFIM

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 omwen 7 jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke 7 jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."**

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI DADE
COUNTY, FLORIDA

CASE #:

MARTHA FLURIACHI,

      Plaintiff,

vs.

HOLIDAY CVS, LLC,
a Florida Limited Liability
Company,

      Defendant.

_____/

## COMPLAINT

Plaintiff, MARTHA FLURIACHI ("MARTHA"), hereby files this Complaint against HOLIDAY CVS, LLC, a Florida Limited Liability Company ("CVS"), to recover damages for her bodily injuries due to the Defendant's negligence and alleges:

### JURISDICTION, PARTIES, AND VENUE

1. This action is one for negligence seeking damages over $30,000.00, exclusive of interest and cost.

2. Plaintiff, MARTHA, is sui juris and resides in Miami Dade County, Florida

3. Defendant is a Florida Limited Liability Company doing business in this venue and is the entity in control of the Navarro store located at 5252 W Flagler St, Miami, FL 33134 ("Premises") where Plaintiff fell. Said Premises are located in this venue.

4. All conditions precedent have been satisfied, met, excused or performance thereof is futile.

5. Venue is proper in this forum because the cause of action accrued here, Defendant operates business here, and Plaintiff suffered her injuries here and received medical treatment here.

- 1 -

**THE INCIDENT**

6. On May 15, 2021, Plaintiff was a business invitee at Defendant's store located at 5252 W

   Flagler St, Miami, FL 33134 ("Premises").

7. At the aforementioned time and place, MARTHA was as a business invitee at DEFENDANT's

   premises and while she was walking inside the store of NAVARRO ("Accident Site"), which

   is owned and operated by the Defendant, she fell due to a defect in the flooring which was

   uneven and without warning signs which caused the Plaintiff's fall.

8. MARTHA suffered serious and permanent injuries in the incident.

**COUNT I NEGLIGENCE**

9. At all times material, CVS owed to the general public and to Plaintiff the duty of properly

   maintaining the subject premises in a reasonably safe condition as it was foreseeable that a

   person such as MARTHA would lawfully be on the premises and be endangered by

   Defendant's negligent failure to do so.

10. As the owner and operator of said store, CVS controlled, managed, maintained, and was

    otherwise responsible for the Premises.

11. CVS breached its duty by failing to take reasonable and adequate precautions, including, but

    not limited to, the following:

> a. Failing to safely maintain the premises;
>
> b. Failing to inspect the incident area when Defendant knew, or in the exercise of reasonable care should have known that the unattended and unsafe flooring created an unreasonable risk of harm to MARTHA and the other customers in the store;
>
> c. Failing to warn MARTHA of the danger associated with walking in the subject area prior to the incident;
>
> d. Failing to prevent MARTHA from walking in the subject area prior to the incident;

- 2 -

e. Failing to have any procedures governing the maintenance of the area in which this incident occurred, or in the alternative:

    i. Defendant, its agents, servants and/or employees failed to follow and adhere to procedures it established governing proper maintenance in the area where the subject incident occurred or, in the alternative;

    ii. Defendant, its agents, servants and/or employees did in fact have procedures governing proper maintenance in the area where the subject incident occurred, but implemented them in a careless or negligent manner;

f. Failing to take reasonable precautions under the circumstances.

12. As a direct and proximate result of Defendant's negligence, MARTHA sustained serious personal injuries which are continuing or are permanent in nature and include, but are not limited to, resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation and acceleration of a previously existing condition. These damages are existing and will continue to exist in the future.

WHEREFORE, Plaintiff, MARTHA FLURIACHI, demands judgment against Defendant, HOLIDAY CVS, LLC, a Florida Limited Liability Company, for damages, together with interest and costs and such other relief as the Court deems appropriate.

## **DEMAND FOR TRIAL BY JURY**

Plaintiff, MARTHA FLURIACHI, demands a trial by jury on all issues so triable as a matter of right.

**CORONA LAW FIRM, P.A.**
*Attorneys for Plaintiff*
6700 SW 38th Street
Miami, Florida 33155
Telephone: (305) 547-1234
Fax: (305) 266-1151
Primary Email:ricky@coronapa.com
Secondary Email: Sbabani@coronapa.com

By: /s/ Ricardo M. Corona
    RICARDO R. CORONA
    Florida Bar No: 111333
    RICARDO M. CORONA
    Florida Bar No: 107684

- 4 -

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE COUNTY, FLORIDA

CASE #:

MARTHA FLURIACHI,

     Plaintiff,

vs.

HOLIDAY CVS, LLC,
a Florida Limited Liability
Company,

     Defendant.

_____/

## NOTICE OF SERVICE OF INITIAL INTERROGATORIES TO DEFENDANT

     Plaintiff, MARTHA FLURIACHI, ("Plaintiff") by and through the undersigned counsel, hereby files this notice of propounding this first set of interrogatories directed to Defendant, to be answered in the manner and time prescribed by the Florida Rules of Civil Procedure.

     I HEREBY CERTIFY that the foregoing is being served contemporaneously with the Complaint by personal service.

**CORONA LAW FIRM, P.A.**
*Attorneys for Plaintiff(s)*
6700 SW 38th Street
Miami, Florida  33155
Telephone:  (305) 266-1150
Primary Email: ricky@coronapa.com
Secondary Email: Sbabani@coronapa.com

By: /s/ Ricardo Corona_____
    RICARDO R. CORONA
    Florida Bar No: 111333
    RICARDO M. CORONA
    Florida Bar No: 107684

## INITIAL INTERROGATORIES TO DEFENDANT

(In answering these interrogatories, if answering for another person or entity, answer with respect to that person or entity, unless otherwise stated.)

1.      What is the name and address of the person answering these interrogatories and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed.

2.      Is the Defendant correctly named in the Complaint?   If not, please state the correct name of the Defendant.

3.      Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in Plaintiff's Complaint, detailing as to such policies:   the name of the insurer, number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

4.  Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

5.  Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

6.  State the facts upon which you rely for each affirmative defense in your answer.

7.  Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit?   If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

8.   List the names and addresses of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

9.   Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?   If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

10.   State the name and address of every person known to you, your agents or attorneys who has knowledge about, or possession, custody or control of any model, plate, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

11.     Do you intend to call any expert witnesses at the trial of this case?   If so, state as to each such witness the name and business address of the witness, the witness's qualification as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

12.     Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case?   If so, state the terms of the agreement and the parties to it.

13.     Please state if Defendant has been a party to a personal injury lawsuit arising out of an accident at the subject store in the five (5) years preceding this incident and, if so, state the nature of the action, and the date and court in which such suit was filed.

14.     Please describe Defendant's policies and/or procedures which relate to, or mention in any way, the flooring in the areas where Maria Fluriachi fell, in effect at the time of MARTHA FLURIACHI accident.

15.     Please describe Defendant's policies and/or procedures in effect at the time of MARTHA FLURIACHI accident which relate to, or mention in anyway, what an agent and/or employee of Defendant is required to do for the safety of customers subsequent to learning that there is an allegation that a floor is uneven at the subject store.

16.     After this incident, was there an investigation of any kind conducted into the cause of the incident.   If there was such an investigation, please state the name, address, and employer of the investigator.

17.     Please provide the names and addresses for all employees, agents, and/or anyone acting on behalf of Defendant who spoke with and/or came to the aid of MARTHA FLURIACHI after the incident.

18. Please describe the actions (if any) taken by the employees, agents, and/or anyone acting on behalf of Defendant who provided aid to MARTHA FLURIACHI immediately following MARTHA FLURIACHI incident.

19  Prior to MARTHA FLURIACHI accident, did Defendant receive any complaints (either oral or written) about the conditions of the subject flooring of the store where the incident occurred, and if so, identify:

    a.    the nature of the complaint;

    b.    the form of the complaint;

    c.    to whom it was made; and

    d.    any remedial action taken by Defendant in response thereto.

20. State the names of all employees or agents of the Defendant whom were at the subject store on the date of the incident as described in the Complaint.

✖ _____
       AFFIANT

STATE OF _____ )
                             ) : SS
COUNTY OF _____ )

      The foregoing was acknowledged before an officer duly authorized in the State and County of aforesaid, to take acknowledgments, this _____ day of _____, _____, by _____, who being duly sworn, deposes and says that the foregoing Answers to Initial Interrogatories are true and correct to the best of his/her knowledge and who:
     [   ]   is personally known to me; or
     [   ]   has produced a _____ (type of identification)
             #_____ as identification, which was
             issued on _____ and has an expiration date of _____;
and who:
     [   ]   did; or
     [   ]   did not, take an oath.

                    Sign: _____
                               (Notary's Signature)

                    Print: _____
                    NOTARY PUBLIC,
                    State of _____ at Large (SEAL)

                    My Commission Expires:

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE COUNTY, FLORIDA

CASE #:

MARTHA FLURIACHI,

      Plaintiff,

vs.

HOLIDAY CVS, LLC,
a Florida Limited Liability
Company,

      Defendant.

_____/

## INITIAL REQUEST FOR PRODUCTION TO DEFENDANT

      Plaintiff, MARTHA FLURIACHI by and through undersigned counsel and pursuant to Fla. R. Civ. P. 1.350, requests that Defendant, HOLIDAY CVS, LLC, a Florida Corporation, produce, within the time allowed and for the purposes specified in the Rule, the following items at the offices of the undersigned:

1. All photographs (including video and film) of MARTHA FLURIACHI.

2. All photographs (including video and film) of the incident scene or any property which reasonably depicts the condition of the scene or property of the incident for the two hours prior to the incident where MARTHA FLURIACHI fell through the time she left the subject store.

3. All surveillance photographs (including video and films) and any surveillance reports or related documents.

4. All photographs (including video and film) which photographs are in any manner related to any issue relevant to this lawsuit, and which are reasonably expected to be used at trial.

5. Copies of any written or recorded statements of MARTHA FLURIACHI including all transcriptions and summaries.   Also, copies of the actual tape used to record any statements.

- 1 -

6.  Copies of reports prepared by experts you reasonably anticipate will testify or otherwise will be used in this case.

7.  Copies of any "Mary Carter" agreements, loan receipt agreements, settlement agreements, releases, indemnity agreements, or covenants not to sue, entered into by you, or on your behalf, with any other entity which document is in any way related to this lawsuit.

8.  All applicable insurance policies (including excess and umbrella policies) and any documents indicating a reservation of rights or denial of coverage.

9.  All records relating to this incident kept in the normal course of business.

10. Any and all documents describing inspections performed where this incident occurred subsequent to the incident, including the individuals who performed the inspections, where the inspections took place, and the date and time of the inspections.

11. Any and all documents describing any investigation conducted into the incident.

12. All of Defendant's safety manuals, operation manuals, handbooks or safety procedures applicable to maintaining floor tiles at the subject store in effect at the time of the incident.

13. All of Defendant's safety manuals, operation manuals, handbooks or safety procedures applicable to customer safety while walking in the aisles of the subject store in effect at the time of the incident.

14. All documents or records evidencing any medical examination and/or treatment provided to MARTHA FLURIACHI at the request and/or on behalf of Defendant.

15. Copies of all written materials signed by MARTHA FLURIACHI in Defendant's possession.

16. All photographs (including video and film) of the subject area which reasonably depicts its condition at the time of the accident.

17. Copies of all of Defendant's disciplinary policies or procedures applicable to this incident.

- 2 -

18. Copies of all correspondence, memos, reports or other written materials evidencing any disciplinary action taken by Defendant with regard to its agents and/or employees due to the subject accident.

19. Copies of all complaints made with regard to the condition of the subject floor, prior to MARTHA FLURIACHI accident.

20. Records of all employees who were working at the store on the date of the incident described in the Complaint.

21. Records regarding any inspections or repairs made to the subject floor near the bathrooms inside of the Defendant's subject store from 2017 through present.

22. Any pictures of the subject floor from 2017 through present.


I HEREBY CERTIFY that a copy of the foregoing is being served on the Defendant contemporaneously with the Complaint through personal service.

**CORONA LAW FIRM, P.A.**
*Attorneys for Plaintiff(s)*
6700 SW 38th Street
Miami, Florida  33155
Telephone:  (305) 266-1150
Primary Email: Sbabani@coronapa.com
Secondary Email: ricky@coronapa.com

By: /s/ Ricardo Corona
    RICARDO R. CORONA
    Florida Bar No: 111333
    RICARDO M. CORONA
    Florida Bar No: 107684

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>ELEVENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>  COUNTY, FLORIDA

<u>MARTHA FLURIACHI</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>HOLIDAY CVS,LLC</u>
 Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☒ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  <u>1</u>

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**    **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ RICARDO CORONA</u>       Fla. Bar # <u>111333</u>
       Attorney or party                 (Bar # if attorney)

<u>RICARDO CORONA</u>           <u>08/12/2022</u>
 (type or print name)         Date

IN THE CIRCUIT COURT OF THE 11ᵗʰ JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA

CASE #:

MARTHA FLURIACHI,

  Plaintiff,

vs.

HOLIDAY CVS, LLC,
a Florida Limited Liability
Company,

  Defendant.

_____/

## **COMPLAINT**

Plaintiff, MARTHA FLURIACHI ("MARTHA"), hereby files this Complaint against HOLIDAY CVS, LLC, a Florida Limited Liability Company ("CVS"), to recover damages for her bodily injuries due to the Defendant's negligence and alleges:

## **JURISDICTION,PARTIES,ANDVENUE**

1. This action is one for negligence seeking damages over $30,000.00, exclusive of interest and cost.

2. Plaintiff, MARTHA, is sui juris and resides in Miami Dade County, Florida

3. Defendant is a Florida Limited Liability Company doing business in this venue and is the entity in control of the Navarro store located at 5252 W Flagler St,  Miami, FL 33134 ("Premises") where Plaintiff fell.  Said Premises are located in this venue.

4. All conditions precedent have been satisfied, met, excused or performance thereof is futile.

5. Venue is proper in this forum because the cause of action accrued here, Defendant operates business here, and Plaintiff suffered her injuries here and received medical treatment here.

- 1 -

## THE INCIDENT

6. On May 15, 2021, Plaintiff was a business invitee at Defendant's store located at 5252 W Flagler St,  Miami, FL 33134 ("Premises").

7. At the aforementioned time and place, MARTHA was as a business invitee at DEFENDANT's premises and while she was walking inside the store of NAVARRO ("Accident Site"), which is owned and operated by the Defendant, she fell due to a defect in the flooring which was uneven and without warning signs which caused the Plaintiff's fall.

8. MARTHA suffered serious and permanent injuries in the incident.

## COUNT I NEGLIGENCE

9. At all times material, CVS owed to the general public and to Plaintiff the duty of properly maintaining the subject premises in a reasonably safe condition as it was foreseeable that a person such as MARTHA would lawfully be on the premises and be endangered by Defendant's negligent failure to do so.

10. As the owner and operator of said store, CVS controlled, managed, maintained, and was otherwise responsible for the Premises.

11. CVS breached its duty by failing to take reasonable and adequate precautions, including, but not limited to, the following:

> a. Failing to safely maintain the premises;
>
> b. Failing to inspect the incident area when Defendant knew, or in the exercise of reasonable care should have known that the unattended and unsafe flooring created an unreasonable risk of harm to MARTHA and the other customers in the store;
>
> c. Failing to warn MARTHA of the danger associated with walking in the subject area prior to the incident;
>
> d. Failing to prevent MARTHA from walking in the subject area prior to the incident;

- 2 -

e. Failing to have any procedures governing the maintenance of the area in which this incident occurred, or in the alternative:

    i.   Defendant, its agents, servants and/or employees failed to follow and adhere to procedures it established governing proper maintenance in the area where the subject incident occurred or, in the alternative;

    ii.   Defendant, its agents, servants and/or employees did in fact have procedures governing proper maintenance in the area where the subject incident occurred, but implemented them in a careless or negligent manner;

    f. Failing to take reasonable precautions under the circumstances.

12. As a direct and proximate result of Defendant's negligence, MARTHA sustained serious personal injuries which are continuing or are permanent in nature and include, but are not limited to, resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation and acceleration of a previously existing condition. These damages are existing and will continue to exist in the future.

WHEREFORE, Plaintiff, MARTHA FLURIACHI, demands judgment against Defendant, HOLIDAY CVS, LLC, a Florida Limited Liability Company, for damages, together with interest and costs and such other relief as the Court deems appropriate.

## <u>DEMAND FOR TRIAL BY JURY</u>

Plaintiff, MARTHA FLURIACHI, demands a trial by jury on all issues so triable as a matter of right.

**CORONA LAW FIRM, P.A.**
*Attorneys for Plaintiff*
6700 SW 38th Street
Miami, Florida  33155
Telephone:  (305) 547-1234
Fax: (305) 266-1151
Primary Email:ricky@coronapa.com
Secondary Email: Sbabani@coronapa.com

By: /s/ Ricardo M. Corona
    RICARDO R. CORONA
    Florida Bar No: 111333
    RICARDO M. CORONA
    Florida Bar No: 107684

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE COUNTY, FLORIDA

CASE #:

MARTHA FLURIACHI,

      Plaintiff,

vs.

HOLIDAY CVS, LLC,
a Florida Limited Liability
Company,

      Defendant.

_____/

## INITIAL REQUEST FOR PRODUCTION TO DEFENDANT

      Plaintiff, MARTHA FLURIACHI by and through undersigned counsel and pursuant to Fla. R. Civ. P. 1.350, requests that Defendant, HOLIDAY CVS, LLC, a Florida Corporation, produce, within the time allowed and for the purposes specified in the Rule, the following items at the offices of the undersigned:

1. All photographs (including video and film) of MARTHA FLURIACHI.

2. All photographs (including video and film) of the incident scene or any property which reasonably depicts the condition of the scene or property of the incident for the two hours prior to the incident where MARTHA FLURIACHI fell through the time she left the subject store.

3. All surveillance photographs (including video and films) and any surveillance reports or related documents.

4. All photographs (including video and film) which photographs are in any manner related to any issue relevant to this lawsuit, and which are reasonably expected to be used at trial.

5. Copies of any written or recorded statements of MARTHA FLURIACHI including all transcriptions and summaries.   Also, copies of the actual tape used to record any statements.

- 1 -

6. Copies of reports prepared by experts you reasonably anticipate will testify or otherwise will be used in this case.

7. Copies of any "Mary Carter" agreements, loan receipt agreements, settlement agreements, releases, indemnity agreements, or covenants not to sue, entered into by you, or on your behalf, with any other entity which document is in any way related to this lawsuit.

8. All applicable insurance policies (including excess and umbrella policies) and any documents indicating a reservation of rights or denial of coverage.

9. All records relating to this incident kept in the normal course of business.

10. Any and all documents describing inspections performed where this incident occurred subsequent to the incident, including the individuals who performed the inspections, where the inspections took place, and the date and time of the inspections.

11. Any and all documents describing any investigation conducted into the incident.

12. All of Defendant's safety manuals, operation manuals, handbooks or safety procedures applicable to maintaining floor tiles at the subject store in effect at the time of the incident.

13. All of Defendant's safety manuals, operation manuals, handbooks or safety procedures applicable to customer safety while walking in the aisles of the subject store in effect at the time of the incident.

14. All documents or records evidencing any medical examination and/or treatment provided to MARTHA FLURIACHI at the request and/or on behalf of Defendant.

15. Copies of all written materials signed by MARTHA FLURIACHI in Defendant's possession.

16. All photographs (including video and film) of the subject area which reasonably depicts its condition at the time of the accident.

17. Copies of all of Defendant's disciplinary policies or procedures applicable to this incident.

- 2 -

18. Copies of all correspondence, memos, reports or other written materials evidencing any disciplinary action taken by Defendant with regard to its agents and/or employees due to the subject accident.

19. Copies of all complaints made with regard to the condition of the subject floor, prior to MARTHA FLURIACHI accident.

20. Records of all employees who were working at the store on the date of the incident described in the Complaint.

21. Records regarding any inspections or repairs made to the subject floor near the bathrooms inside of the Defendant's subject store from 2017 through present.

22. Any pictures of the subject floor from 2017 through present.


I HEREBY CERTIFY that a copy of the foregoing is being served on the Defendant contemporaneously with the Complaint through personal service.

**CORONA LAW FIRM, P.A.**
*Attorneys for Plaintiff(s)*
6700 SW 38th Street
Miami, Florida  33155
Telephone:  (305) 266-1150
Primary Email: Sbabani@coronapa.com
Secondary Email: ricky@coronapa.com

By: /s/ Ricardo Corona
   RICARDO R. CORONA
   Florida Bar No: 111333
   RICARDO M. CORONA
   Florida Bar No: 107684

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE COUNTY, FLORIDA

CASE #:

MARTHA FLURIACHI,

     Plaintiff,

vs.

HOLIDAY CVS, LLC,
a Florida Limited Liability
Company,

     Defendant.

_____/

## NOTICE OF SERVICE OF INITIAL INTERROGATORIES TO DEFENDANT

     Plaintiff, MARTHA FLURIACHI, ("Plaintiff") by and through the undersigned counsel, hereby files this notice of propounding this first set of interrogatories directed to Defendant, to be answered in the manner and time prescribed by the Florida Rules of Civil Procedure.

     I HEREBY CERTIFY that the foregoing is being served contemporaneously with the Complaint by personal service.

     **CORONA LAW FIRM, P.A.**
     *Attorneys for Plaintiff(s)*
     6700 SW 38th Street
     Miami, Florida  33155
     Telephone:  (305) 266-1150
     Primary Email: ricky@coronapa.com
     Secondary Email: Sbabani@coronapa.com

     By: /s/ Ricardo Corona
        RICARDO R. CORONA
        Florida Bar No: 111333
        RICARDO M. CORONA
        Florida Bar No: 107684

## <u>INITIAL INTERROGATORIES TO DEFENDANT</u>

(In answering these interrogatories, if answering for another person or entity, answer with respect to that person or entity, unless otherwise stated.)

1.     What is the name and address of the person answering these interrogatories and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed.

2.     Is the Defendant correctly named in the Complaint?   If not, please state the correct name of the Defendant.

3.     Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in Plaintiff's Complaint, detailing as to such policies:   the name of the insurer, number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

4.      Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

5.      Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

6.      State the facts upon which you rely for each affirmative defense in your answer.

7.      Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit?   If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

8.     List the names and addresses of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

9.     Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?   If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

10.    State the name and address of every person known to you, your agents or attorneys who has knowledge about, or possession, custody or control of any model, plate, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

11.     Do you intend to call any expert witnesses at the trial of this case?   If so, state as to each such witness the name and business address of the witness, the witness's qualification as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

12.     Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case?   If so, state the terms of the agreement and the parties to it.

13.     Please state if Defendant has been a party to a personal injury lawsuit arising out of an accident at the subject store in the five (5) years preceding this incident and, if so, state the nature of the action, and the date and court in which such suit was filed.

14.  Please describe Defendant's policies and/or procedures which relate to, or mention in any way, the flooring in the areas where Maria Fluriachi fell, in effect at the time of MARTHA FLURIACHI accident.

15.  Please describe Defendant's policies and/or procedures in effect at the time of MARTHA FLURIACHI accident which relate to, or mention in anyway, what an agent and/or employee of Defendant is required to do for the safety of customers subsequent to learning that there is an allegation that a floor is uneven at the subject store.

16.  After this incident, was there an investigation of any kind conducted into the cause of the incident.   If there was such an investigation, please state the name, address, and employer of the investigator.

17.  Please provide the names and addresses for all employees, agents, and/or anyone acting on behalf of Defendant who spoke with and/or came to the aid of MARTHA FLURIACHI after the incident.

18.     Please describe the actions (if any) taken by the employees, agents, and/or anyone acting on behalf of Defendant who provided aid to MARTHA FLURIACHI immediately following MARTHA FLURIACHI incident.

19      Prior to MARTHA FLURIACHI accident, did Defendant receive any complaints (either oral or written) about the conditions of the subject flooring of the store where the incident occurred, and if so, identify:

   a.      the nature of the complaint;

   b.      the form of the complaint;

   c.      to whom it was made; and

   d.      any remedial action taken by Defendant in response thereto.

20.     State the names of all employees or agents of the Defendant whom were at the subject store on the date of the incident as described in the Complaint.

×_____
AFFIANT

STATE OF _____ )
                             ) : SS
COUNTY OF _____ )

     The foregoing was acknowledged before an officer duly authorized in the State and County of aforesaid, to take acknowledgments, this _____ day of _____, _____, by _____, who being duly sworn, deposes and says that the foregoing Answers to Initial Interrogatories are true and correct to the best of his/her knowledge and who:

[   ]   is personally known to me; or
[   ]   has produced a _____ (type of identification) #_____ as identification, which was issued on _____ and has an expiration date of _____;

and who:

[   ]   did; or
[   ]   did not, take an oath.

Sign: _____
                     (Notary's Signature)

Print: _____
       NOTARY PUBLIC,
       State of _____ at Large (SEAL)

       My Commission Expires:

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>MARTHA FLURIACHI</u>
 Plaintiff
         vs.
<u>HOLIDAY CVS, LLC, A Florida Limited Liability</u>
Defendant

**II.    TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☒ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☒ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
  - ☐ Other real property actions $0 - $50,000

- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.    **REMEDIES SOUGHT** (check all that apply):
       ☒   Monetary;
       ☐   Non-monetary
       ☐   Non-monetary declaratory or injunctive relief;
       ☐   Punitive

IV.    **NUMBER OF CAUSES OF ACTION: (     )**
     (Specify)

     1

V.    **IS THIS CASE A CLASS ACTION LAWSUIT?**
     ☐   Yes
     ☒   No

VI.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
     ☒   No
     ☐   Yes – If "yes" list all related cases by name, case number and court:

VII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
     ☒   Yes
     ☐   No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ RICARDO CORONA</u>        FL Bar No.:  <u>111333</u>
     Attorney or party                                                          (Bar number, if attorney)

     <u>RICARDO CORONA</u> <u>08/12/2022</u>
       (Type or print name)                                        Date

Filing # 155310201 E-Filed 08/15/2022 12:05:00 PM

PLEASE USE TAB OR MOUSE

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **CIVIL ACTION SUMMONS**<br>(b) Form for Personal Service on a Natural Person | 2022-014950-CA-01 |

| PLAINTIFF(S) | VS. DEFENDANT(S) | CLOCK IN |
|---|---|---|
| MARTHA FLURIACHI | HOLIDAY CVS, LLC, a Florida Limited Liability Company, | |

**THE STATE OF FLORIDA:** TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s): | Address: |
|---|---|
| Registered Agent for HOLIDAY CVS, LLC, a Flo | C T CORPORATION SYSTEM 1200 SOUTH PINE ISLAND ROAD PLANTA |

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience.

**DADE COUNTY COURT LOCATIONS**

| | | | SERVICE |
|---|---|---|---|
| ☒ Dade County Courthouse (05)<br>Room 133<br>73 West Flagler Street<br>Miami, Florida 33130 | ☐ Joseph Caleb Center (20)<br>Room 103<br>5400 NW 22 Avenue<br>Miami, Florida 33142 | ☐ North Dade Justice Center (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, Florida 33160 | |
| ☐ Miami Beach District Court (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, Florida 33139 | ☐ Coral Gables District Court (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, Florida 33134 | ☐ South Dade Justice Center (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, Florida 33189 | |
| ☐ Hialeah District (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, Florida 33010 | | | |

PRINT    SAVE    RESET

| Plaintiff/Plaintiff Attorney<br>Ricardo M. Corona<br>Florida Bar No. 107684 | Address:<br>6700 SW 38th Street, Miami, FL 33155 | |
|---|---|---|
| **HARVEY RUVIN**<br>**CLERK OF COURTS** | BY: _____<br>DEPUTY CLERK | DATE ON: |

**AMERICANS WITH DISABILITIES ACT OF 1990**
**ADA NOTICE**
**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.

☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br><br>☐ CIVIL<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO |
|---|---|---|
| **DEMANDANTE(S)** | **VS. DEMANDADO(S)** | **HORA** |
| A Demandado(s): | Direccion: | |

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no le protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso pordria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en Is guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestacion a la demanda al Secretario del Juzgado. La ubicacion central de la Oficina del Secretario esta en el edificio de la Corte del Condado de Dade. La direccion de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

**LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE DADE**

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

| Demandante o Abogado del Demandante<br><br>Numero del Colegio de Abogados: | Direccion: |
|---|---|

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificacion y una copia de la demanda en este pleito ai demandado(s) mencionada arriba.

| **HARVEY RUVIN**<br>**Secretario del Tribunal del**<br>**Condado** | POR: _____<br>Como Secretario Adjunto | FECHA |
|---|---|---|

## Ley para Estadounidenses con Incapacidades

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2702, Miami Fl 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Fax (305) 349-7355 por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☐ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| **DIVISION**<br><br>☐ CIVILE<br>☐ AUTRE | **CONVOCARION D' ACTION CIVILE**<br>**(b) LIVRAI ON PERSONNELLE A UNE PERSONNE** | **NUMERO DE CAS** |
|---|---|---|
| **PLAINTE(S)** | **VS.  CONTRE ACCUSE(S)** | **HEURE IN** |
| A (AUX) ACCUSE(S): | ADRESSE: | |

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**ADRESSES DES TRIBUNAUX EN DADE**

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

| Plainte/Avocat du Plainte<br><br>Numero de barreau de la Floride: | Adresse: |
|---|---|

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| **HARVEY RUVIN**<br>**Greffier de Tribunal** | PAR:_____<br>COMME GREFFIER ADJOINT | DATE ON: |
|---|---|---|

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE L' ADA

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2702, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 au moins 7 jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de 7 jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

☐ NAN TRIBUNAL ONZYEM AWONDISMAN JIDISYE NAN E POU MIAMI-DADE COUNTY, FLORIDA.

☐ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA.

| DIVIZYON<br><br>☐ SIVIL<br>☐ LOT | KONVOKASYON  POU KA SIVIL<br>(b) DELIVRE PERSONELMAN BAY YON MOUN | NIMEWO KA |
|---|---|---|
| PLENTIF(S) | VS.   KONT AKIZE(S) | LE |
| AKIZE: | ADRES: | |

Enpotan

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres  ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou mete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**ADRES TRIBINAL NAN DADE COUNTY**

☐ Dade County Courthouse  (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

| Plainte/Avocat du Plainte<br><br>Numero de barreau de la Floride: | Nimewo manm avoka a.<br>Address: |
|---|---|

ETA FLORIDA: Pou Chak nan eta a yo odone ou pou bay akize a (yo), non I ekri anwo a, manda sa ak yon kopi yo pote nan pwose sa a.

| **HARVEY RUVIN**<br>**Sekrete Jeneral Tribinal La** | BAY:_____<br>SEKRETE | DATE: |
|---|---|---|

# LWA 1990 POU AMERIKEN KI ENFIM
## ANONS POU AMERIKEN KI ENFIM

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 omwen 7 jou anvan ou gen randevou pou ou parèt  nan tribunal la, oubyen imedyatman  lè ou resevwa notifikasyon sa a si ou gen mwens ke 7 jou  pou ou parèt nan tribinal la; si  ou gen difikilte pou ou tande oubyen pale, rele 711."**

CLK/CT. 070 Rev. 11/11

Clerk's web address: www.miami-dadeclerk.com

Filing # 155310201 E-Filed 08/15/2022 12:05:00 PM

PLEASE USE TAB OR MOUSE

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | CIVIL ACTION SUMMONS (b) Form for Personal Service on a Natural Person | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | | 2022-014950-CA-01 |

| PLAINTIFF(S) | VS. DEFENDANT(S) | CLOCK IN |
|---|---|---|
| MARTHA FLURIACHI | HOLIDAY CVS, LLC, a Florida Limited Liability Company, | |

**THE STATE OF FLORIDA:** TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s): | Address: |
|---|---|
| Registered Agent for HOLIDAY CVS, LLC, a Flo | C T CORPORATION SYSTEM 1200 SOUTH PINE ISLAND ROAD PLANTA |

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience.

**DADE COUNTY COURT LOCATIONS**

| | | | SERVICE |
|---|---|---|---|
| ☒ Dade County Courthouse (05)<br>Room 133<br>73 West Flagler Street<br>Miami, Florida 33130 | ☐ Joseph Caleb Center (20)<br>Room 103<br>5400 NW 22 Avenue<br>Miami, Florida 33142 | ☐ North Dade Justice Center (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, Florida 33160 | |
| ☐ Miami Beach District Court (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, Florida 33139 | ☐ Coral Gables District Court (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, Florida 33134 | ☐ South Dade Justice Center (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, Florida 33189 | |
| ☐ Hialeah District (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, Florida 33010 | | | |

PRINT    SAVE    RESET

| Plaintiff/Plaintiff Attorney<br>Ricardo M. Corona<br>Florida Bar No. 107684 | Address:<br>6700 SW 38th Street, Miami, FL 33155 |
|---|---|

| HARVEY RUVIN<br>CLERK OF COURTS | BY: _____<br>DEPUTY CLERK | DATE ON:<br>8/25/2022 |
|---|---|---|

217043

**AMERICANS WITH DISABILITIES ACT OF 1990**
**ADA NOTICE**
**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

CLK/CT. 070 Rev. 11/11                                 Clerk's web address: www.miami-dadeclerk.com

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.

☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION <br> ☐ CIVIL <br> ☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL <br> (b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO |
|---|---|---|
| DEMANDANTE(S) | VS.   DEMANDADO(S) | HORA |
| A Demandado(s): | Direccion: | |

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso pordria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en ls guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestacion a la demanda al Secretario del Juzgado. La ubicacion central de la Oficina del Secretario esta en el edificio de la Corte del Condado de Dade. La direccion de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

#### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE DADE

| ☐ Dade County Courthouse (05) <br> Room 133 <br> 73 West Flagler Street <br> Miami, Florida 33130 | ☐ Joseph Caleb Center (20) <br> Room 103 <br> 5400 NW 22 Avenue <br> Miami, Florida 33142 | ☐ North Dade Justice Center (23) <br> Room 100 <br> 15555 Biscayne Blvd. <br> North Miami Beach, Florida 33160 | ☐ Hialeah District (21) <br> Room 100 <br> 11 East 6th Street <br> Hialeah, Florida 33010 |
|---|---|---|---|
| ☐ Miami Beach District Court (24) <br> Room 200 <br> 1130 Washington Avenue <br> Miami Beach, Florida 33139 | ☐ Coral Gables District Court (25) <br> Room 100 <br> 3100 Ponce De Leon Blvd. <br> Coral Gables, Florida 33134 | ☐ South Dade Justice Center (26) <br> Room 1200 <br> 10710 SW 211 Street <br> Miami, Florida 33189 | |

| Demandante o Abogado del Demandante <br><br> Numero del Colegio de Abogados: | Direccion: |
|---|---|

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificacion y una copia de la demanda en este pleito ai demandado(s) mencionada arriba.

| HARVEY RUVIN <br> **Secretario del Tribunal del Condado** | POR: _____ <br> Como Secretario Adjunto | FECHA |
|---|---|---|

### Ley para Estadounidenses con Incapacidades

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2702, Miami Fl 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Fax (305) 349-7355 por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☐ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVISION<br><br>☐ CIVILE<br>☐ AUTRE | **CONVOCARION D' ACTION CIVILE**<br>**(b) LIVRAI ON PERSONNELLE A UNE PERSONNE** | **NUMERO DE CAS** |
|---|---|---|
| **PLAINTE(S)** | **VS.  CONTRE ACCUSE(S)** | **HEURE IN** |
| A (AUX) ACCUSE(S): | ADRESSE: | |

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**ADRESSES DES TRIBUNAUX EN DADE**

☐ Dade County Courthouse  (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

| Plainte/Avocat du Plainte<br><br>Numero de barreau de la Floride: | Adresse: |
|---|---|

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| **HARVEY RUVIN**<br>**Greffier de Tribunal** | PAR:_____<br><br>COMME GREFFIER ADJOINT | DATE ON: |
|---|---|---|

## ACT DE 1990 POUR AMERICAINS HANDICAPES
### AVIS DE l' ADA

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2702, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 au moins 7 jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de 7 jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

☐ NAN TRIBUNAL ONZYEM AWONDISMAN JIDISYE NAN E POU MIAMI-DADE COUNTY, FLORIDA.

☐ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA.

| DIVIZYON<br><br>☐ SIVIL<br>☐ LOT | KONVOKASYON  POU KA SIVIL<br>(b) DELIVRE PERSONELMAN BAY YON MOUN | NIMEWO KA |
|---|---|---|
| **PLENTIF(S)** | **VS.   KONT AKIZE(S)** | **LE** |
| | | |
| AKIZE: | ADRES: | |

<u>Enpotan</u>

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres  ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou mete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone)

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**ADRES TRIBINAL NAN DADE COUNTY**

☐ Dade County Courthouse  (05)
   Room 133
   73 West Flagler Street
   Miami, Florida 33130

☐ Joseph Caleb Center (20)
   Room 103
   5400 NW 22 Avenue
   Miami, Florida 33142

☐ North Dade Justice Center (23)
   Room 100
   15555 Biscayne Blvd.
   North Miami Beach, Florida 33160

☐ Hialeah District (21)
   Room 100
   11 East 6th Street
   Hialeah, Florida 33010

☐ Miami Beach District Court (24)
   Room 200
   1130 Washington  Avenue
   Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
   Room 100
   3100 Ponce De Leon Blvd.
   Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
   Room 100
   10710 SW 211 Street
   Miami, Florida 33189

| Plainte/Avocat du Plainte<br><br>Numero de barreau de la Floride: | Nimewo manm avoka a.<br>Address: |
|---|---|

ETA FLORIDA: Pou Chak nan eta a yo odone ou pou bay akize a (yo), non I ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.

| **HARVEY RUVIN**<br>**Sekrete Jeneral Tribinal La** | BAY:_____<br><u>                                      SEKRETE                                      </u> | DATE: |
|---|---|---|

## LWA 1990 POU AMERIKEN KI ENFIM
## ANONS POU AMERIKEN KI ENFIM

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave., Suite 2702, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 omwen 7 jou anvan ou gen randevou pou ou parèt  nan tribunal la, oubyen imedyatman  lè ou resevwa notifikasyon sa a si ou gen mwens ke 7 jou  pou ou parèt nan tribunal la; si  ou gen difikilte pou ou tande oubyen pale, rele 711."**

Clerk's web address: www.miami-dadeclerk.com

# RETURN OF SERVICE

**State of Florida**          **County of MIAMI-DADE**          **Circuit Court**

Case Number: 2022-014950-CA-01

Plaintiff:
**MARTHA FLURIACHI**

vs.

Defendant:
**HOLIDAY CVS, LLC, a Florida Limited**

**Liability Company,**

For:
CORONA LAW FIRM, P.A.
6700 SW 38 Street
MIAMI, FL 33155

Received by Magic City Process Service, LLC on the 26th day of August, 2022 at 10:44 am to be served on **Holiday CVS LLC, A Florida Limited Liability Company By serving CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL.**

I, KIMBERLY URTNOWSKI #1493, do hereby affirm that on the **31st day of August, 2022** at **11:15 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, NOTICE OF SERVICE OF INITIAL INTERROGATORIES TO DEFENDANT, COMPLAINT, INITIAL REQUEST FOR PRODUCTION TO DEFENDANT** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Senior Corp Ops Manager** for **Holiday CVS LLC, A Florida Limited Liability Company**, at the address of: **1200 South Pine Island Road, Suite 250, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server. Under Penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it true. Notary Not Required (F.S. 92.525).

_____

**KIMBERLY URTNOWSKI #1493**
Process Server

**Magic City Process Service, LLC**
**1825 PONCE DE LEON BLVD #283**
**CORAL GABLES, FL 33134**
**(786) 539-7227**

Our Job Serial Number: MGS-2022004877

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2g

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | CIVIL ACTION SUMMONS (b) Form for Personal Service on a Natural Person | CASE NUMBER |
|---|---|---|
| ☒ CIVIL ☐ DISTRICTS ☐ OTHER | | 2022-014950-CA-01 |

| PLAINTIFF(S) | VS. DEFENDANT(S) | CLOCK IN |
|---|---|---|
| MARTHA FLURIACHI | HOLIDAY CVS, LLC, a Florida Limited Liability Company, | |

THE STATE OF FLORIDA: TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s): Registered Agent for HOLIDAY CVS, LLC, a Fl... | Address: C T CORPORATION SYSTEM 1200 SOUTH PINE ISLAND ROAD PLANT... |
|---|---|

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience.

### DADE COUNTY COURT LOCATIONS

| | | | SERVICE |
|---|---|---|---|
| ☒ Dade County Courthouse (05) Room 133 73 West Flagler Street Miami, Florida 33130 | ☐ Joseph Caleb Center (20) Room 103 5400 NW 22 Avenue Miami, Florida 33142 | ☐ North Dade Justice Center (23) Room 100 15555 Biscayne Blvd. North Miami Beach, Florida 33160 | |
| ☐ Miami Beach District Court (24) Room 200 1130 Washington Avenue Miami Beach, Florida 33139 | ☐ Coral Gables District Court (25) Room 100 3100 Ponce De Leon Blvd. Coral Gables, Florida 33134 | ☐ South Dade Justice Center (26) Room 1200 10710 SW 211 Street Miami, Florida 33189 | |
| ☐ Hialeah District (21) Room 100 11 East 6th Street Hialeah, Florida 33010 | PRINT   SAVE   RESET | | |

| Plaintiff/Plaintiff Attorney Ricardo M. Corona Florida Bar No. 107684 | Address: 6700 SW 38th Street, Miami, FL 33155 | |
|---|---|---|
| HARVEY RUVIN CLERK OF COURTS | BY: _____ 217043 DEPUTY CLERK | DATE ON: 8/25/2022 |

### AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.
☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☐ CIVIL<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO |
|---|---|---|
| DEMANDANTE(S) | VS.  DEMANDADO(S) | HORA |

| A Demandado(s): | Direccion: |
|---|---|

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso pordria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en ls guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestacion a la demanda al Secretario del Juzgado. La ubicacion central de la Oficina del Secretario esta en el edificio de la Corte del Condado de Dade. La direccion de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE DADE

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

| Demandante o Abogado del Demandante<br><br>Numero del Colegio de Abogados: | Direccion: |
|---|---|

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificacion y una copia de la demanda en este pleito ai demandado(s) mencionada arriba.

| HARVEY RUVIN<br>Secretario del Tribunal del<br>Condado | POR: _____<br>Como Secretario Adjunto | FECHA |
|---|---|---|

## Ley para Estadounidenses con Incapacidades

"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase  en contacto con el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2702, Miami Fl 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Fax (305) 349-7355 por lo menos 7   días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☐ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVISION<br>☐ CIVILE<br>☐ AUTRE | CONVOCARION D' ACTION CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CAS |
|---|---|---|
| PLAINTE(S) | VS.  CONTRE ACCUSE(S) | HEURE IN |
| A (AUX) ACCUSE(S): | ADRESSE: | |

## IMPORTANT

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

### ADRESSES DES TRIBUNAUX EN DADE

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

| Plainte/Avocat du Plainte<br><br>Numero de barreau de la Floride: | Adresse: |
|---|---|

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| **HARVEY RUVIN**<br>Greffier de Tribunal | PAR:_____<br>COMME GREFFIER ADJOINT | DATE ON: |
|---|---|---|

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE L' ADA

"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2702, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 au moins 7 jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de 7 jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."

☐ NAN TRIBUNAL ONZYEM AWONDISMAN JIDISYE NAN E POU MIAMI-DADE COUNTY, FLORIDA.

☐ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA.

| DIVIZYON<br><br>☐ SIVIL<br>☐ LOT | KONVOKASYON POU KA SIVIL<br>(b) DELIVRE PERSONELMAN BAY YON MOUN | NIMEWO KA |
|---|---|---|
| **PLENTIF(S)** | **VS.   KONT AKIZE(S)** | **LE** |
| AKIZE: | ADRES: | |

<u>Enpotan</u>

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres  ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou mete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

### ADRES TRIBINAL NAN DADE COUNTY

☐ Dade County Courthouse  (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

| Plainte/Avocat du Plainte<br><br>Numero de barreau de la Floride: | Nimewo manm avoka a.<br>Address: |
|---|---|

ETA FLORIDA: Pou Chak nan eta a yo odone ou pou bay akize a (yo), non l ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.

| **HARVEY RUVIN**<br>Sekrete Jeneral Tribinal La | BAY:_____<br><br>_____SEKRETE_____ | DATE: |
|---|---|---|

## LWA 1990 POU AMERIKEN KI ENFIM
## ANONS POU AMERIKEN KI ENFIM

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè ADA pou Tribunal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 omwen 7 jou anvan ou gen randevou pou ou parèt  nan tribunal la, oubyen imedyatman  lè ou resevwa notifikasyon sa a si ou gen mwens ke 7 jou  pou ou parèt nan tribunal la; si  ou gen difikilte pou ou tande oubyen pale, rele 711."**



# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN

Contact Us    My Account    

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK

Not all search results will be displayed on-line. For example, the following case types (Sealed, Juvenile, Adoption and Mental Health Cases) may or may not be in existence and may or may not be viewable by the public pursuant to Florida Supreme Court Mandate and the corresponding Access Security Matrix.

### MARTHA FLURIACHI VS HOLIDAY CVS,LLC

| | | | |
|---|---|---|---|
| Local Case Number: | 2022-014950-CA-01 | Filing Date: | 08/09/2022 |
| State Case Number: | 132022CA014950000001 | Judicial Section: | CA27 |
| Consolidated Case No.: | N/A | Case Type: | Comm Premises Liability |
| Case Status: | OPEN | | |

## 👥 Parties
Total Of Parties: 2 ▬

| Party Description | Party Name | Attorney Information | Other Attorney(S) |
|---|---|---|---|
| Plaintiff | FLURIACHI, MARTHA | **B#:  (Bar Number)**111333<br>N:  (Attorney Name)Corona, Ricardo R. | |
| Defendant | HOLIDAY CVS,LLC | | |

## 🔧 Hearing Details
Total Of Hearings: 0 ▬

| Hearing Date | Hearing Time | Hearing Code | Description | Hearing Location |
|---|---|---|---|---|

## 🔊 Dockets
Total Of Dockets: 11 ▬

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 11 | 08/31/2022 | | Service Returned | Event | |
| | | 08/25/2022 | | 20 Day Summons Issued | Service | |
| 📄 | 10 | 08/25/2022 | | ESummons 20 Day Issued | Event | **RE: INDEX # 8.**<br>Parties: HOLIDAY CVSLLC |
| | 9 | 08/25/2022 | | Receipt: | Event | **RECEIPT#:3060119 AMT PAID:$10.00 NAME:CORONA, RICARDO R. 6700 SW 38 ST MIAMI FL 33155 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:EFILINGS TENDER AMT:$10.00 RECEIPT DATE:08/25/2022 REGISTER#:306 CASHIER:EFILINGUSER** |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 8 | 08/15/2022 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| | 7 | 08/13/2022 | | Receipt: | Event | **RECEIPT#:3030208 AMT PAID:$401.00 NAME:CORONA, RICARDO R. 6700 SW 38 ST MIAMI FL 33155 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:EFILINGS TENDER AMT:$401.00 RECEIPT DATE:08/13/2022 REGISTER#:303 CASHIER:EFILINGUSER** |
| 📄 | 5 | 08/12/2022 | | Civil Cover Sheet - Claim Amount | Event | |
| 📄 | 4 | 08/09/2022 | | Notice of Interrogatory | Event | |
| 📄 | 3 | 08/09/2022 | | Request for Production | Event | |
| 📄 | 2 | 08/09/2022 | | Complaint | Event | |
| 📄 | 1 | 08/09/2022 | | Civil Cover Sheet - Claim Amount | Event | |

**◀◀ BACK**

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer.

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



# HARVEY RUVIN

Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2022 Clerk of the Courts. All rights reserved.

